**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-2145**

HOLLIE L. STANSBURY,

                Plaintiff - Appellant,

        v.

FEDERAL HOME LOAN MORTGAGE CORPORATION; WELLS FARGO
BANK, N.A.; WILLOW WAY, LLC; ALG TRUSTEE, LLC, as substitute trustee,

                Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at
Roanoke.  Elizabeth Kay Dillon, District Judge.  (7:16-cv-00516-EKD-RSB)

Submitted:  April 30, 2018                        Decided:  July 25, 2018

Before MOTZ, FLOYD, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Henry W. McLaughlin, III, LAW OFFICE OF HENRY MCLAUGHLIN, P.C.,
Richmond, Virginia, for Appellant.  Terry C. Frank, Benjamin A. Wills, KAUFMAN &
CANOLES, P.C., Richmond, Virginia; Erin B. Ashwell, J. Benjamin Rottenborn,
WOODS ROGERS, PLC, Roanoke, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Plaintiff Hollie L. Stansbury appeals the district court's order granting Defendants' motion to dismiss her complaint asserting claims for breach of contract and bad faith. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Stansbury v. Fed. Home Loan Mortg. Corp.*, No. 7:16-cv-00516-EKD-RSB (W.D. Va. Aug. 31, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*